FILED FOR RECORD
2015 DEC 14  AM 10: 33

## NO. 13-0257X

| | | |
|---|---|---|
| **STATE OF TEXAS** | § | **IN THE DISTRICT COURT** |
| | § | |
| **vs.** | § | **71ST JUDICIAL DISTRICT** |
| | § | |
| **BENJAMIN R. CAIN** | § | **HARRISON COUNTY, TEXAS** |

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
12/14/2015 11:09:20 AM
DEBBIE AUTREY
Clerk



## NOTICE OF APPEAL

### TO THE HONORABLE JUDGE OF SAID COURT:

Now comes Benjamin R. Cain, Defendant in the above styled and numbered cause, and gives this written notice of appeal to the Court of Appeals of the State of Texas from the judgment of conviction and sentence herein rendered against Benjamin R. Cain.

Respectfully submitted,

Bruce Abraham
State Bar No. 00819800
306C W. Houston St.
Marshall, TX 75670
Tel: (903) 934-8844
Fax: (903) 487-4277
babraham115@yahoo.com

### CERTIFICATE OF SERVICE

This is to certify that on December 11, 2015, a true and correct copy of the above and foregoing document was served on the District Attorney's Office, Harrison County Courthouse, Marshall, Texas, by hand delivery.

Bruce Abraham